Motion for restitution denied, without costs. Opinion by Daniels, J.

In the Matter of the Broadway Surface Railroad Company. — Report of commissioners confirmed. Opinions by Daniels and Brady, JJ., and by Davis, P. J., dissenting.

Lydia J. Roberts, Respondent, v. Stuyvesant Safe Deposit Company of the City of New York. Appellant. — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Brady, J.

In the Matter of the Houston Street, West Street and Pavonia Ferry Railway Company. — Report confirmed.

In the Matter of the New York City Railroad Company. — Reports confirmed.

Humphrey E. Woodhouse, Respondent. v. Jacob M Durcan and others, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

Alfred S. Rosenbaum, Respondent, v. Union Pacific Railroad Company, Appellant.

Henry C. Rosenbaum Respondent, v. The Same, Appellant. — Orders affirmed, with costs. Opinion Per Curiam.

## Decisions Handed Down May 29, 1885.

George H Quinn, Administrator, etc., Appellant, v. Hazen L. Hoyt, Respondent.—Judgment reversed, new trial ordered, costs to abide event. Opinion Per Curiam.

William Allan, Assignee, etc., Appellant, v. Richard H. Forestal, Respondent. — Judgment affirmed. Opinion by Daniels, J.

In the Matter of the Estate of Curgess Cluff — Order of Surrogate's Court affirmed on opinion of surrogate, without costs

Charles S. Archer, Respondent, v. The New York, New Haven and Hartford Railway Company Appellant. — Judgment affirmed.

Louis Windmuller and others. Respondents, v. Thomas J. Pope and others, Appellants. — Judgment affirmed.

The Merchants' National Bank of the City of New York, v. James F. Sheehan and others.— Order modified by reducing the fine to ninety-four dollars and thirty-five cents, and as so modified affirmed, without costs to either party, on the ground that while the order remained in force the appellant was obliged to obey its directions.

Joseph Hart, Respondent, v. Emil H. Kosmak, Appellant. — Judgment affirmed.

John Kearney, Respondent, v. The Mayor, etc., of the City of New York, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event, on the ground that compensation for printing is controlled by section —, chapter 831 of the Laws of 1869.

James Hanam and others, Respondents, v. Peter Pia and others, Appellants. — Order affirmed, with ten dollars costs and disbursements.

George Silva and others, Respondents, v. Philip Lust, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Robert F. Shaen and another, Appellants, v. Miles H Nash and another. Respondents — Order affirmed, with ten dollars costs and disbursements.

Patrick Prendergast, Respondent, v. Noel B. Amory, Appellant, Impleaded, etc.—Judgment affirmed.

Edward F. McManus, Appellant, v. Catherine A. McManus, Respondent. — Judgment affirmed, with costs.

Joseph M. Valentine and others, v. Edward J. Knauer. — Order affirmed, with ten dollars costs and disbursements.

Anna M Knelles, Appellant, v. George Cook and others, Respondents. — Judgment affirmed, with costs.

Austin S. Cushman, Appellant, v. Henry A.

Mott, Respondent. — Judgment affirmed, with costs.

John W. Miller v. E. Ellery Anderson. — Judgment affirmed, with costs.

Jane Reilly, Executrix, etc., Respondent, v. The Mayor etc., of the City of New York, Appellant. — Judgment affirmed, with costs.

Solomon Marx and another, Respondent, v. Charles Jones, Appellant, Impleaded with Bernard Spaulding.

Same v. Same.

Same v. Same.

Same v. Same.

Same v. Charles Jones, Appellant, Impleaded with Michael Brennan.

Same v. Same. — Judgments affirmed, with costs, in one case, and the disbursements in all.

Daniels W. Schoonmaker v. Carrie B Evans. — Order affirmed, with ten dollars costs and disbursements, with the usual leave on payment of costs of demurrer in the court below.

Charlotte F. Wells, Appellant, v. August Lachenmeyer, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion Per Curiam.

Evan Jones, Appellant, v. Morgan Jones, Respondent. — Judgment and order of allowance reversed, with costs of this appeal, and stay of proceedings in the action ordered until the determination of the action pending between the plaintiff and John Jones.

Richard L. Roberts v. Morton R. Doremus. — Judgment affirmed.

Frank S. Belton v. Alfrederick S. Hatch. — Judgment affirmed, with leave to withdraw demurrer in the usual time on the usual terms.

Richard V. Harnett and another, Appellants, v. William P. Barker and others, Respondent. — Judgment reversed, new trial ordered, costs to abide event.

I. Douglas Brown v. Maria E. Decker, as Executrix, etc. — Order reversed and judgment opened so far as to allow the defendant to bring the issue to trial on payment. within thirty days, of the costs of the last trial and ten dollars costs of opposing motion and the disbursements upon the appeal. The judgment to stand as security for any future recovery.

William J. Chase v. Nelson Chase. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Harlow M. Hoyt. — Order affirmed.

Alexander V. Davidson. Sheriff, etc., Appellant, v. Cayetano Soria, Respondent. — Order reversed, with ten dollars costs and disbursements, without prejudice to a new motion on behalf of all the defendants enjoined.

William Keating, Appellant, v. The Tribune Association, Respondent. — Order affirmed, with ten dollars costs and disbursements to respondent, to abide event.

Theresa Meyer, Appellant, v. Louis Meyer, Respondent.—Order affirmed, without costs

Estelle S. Deane, Respondent, v. Robert E. Deane, Appellant.—Judgment affirmed, with costs.

Theresa Lynch, Respondent, v. First National Bank of Jersey City, Appellant. — Judgment affirmed.

Benjamin A. Willis, Appellant, v. Jacob Scholle, Respondent — Judgment reversed, new trial ordered, costs to abide event.

In the Matter of Charles R Purdy v. Orlando L. Stewart. — Order affirmed, with ten dollars costs and disbursements.

Morris Rosenthal. Respondent, v. Henry Benjamin, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Rollins Gold and Silver Mining Company, Appellant, v. John Q. A. Rollins, Respondent.—